# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: CUREPOINT, LLC,<br><br>    Debtor. | CHAPTER 11<br><br>Case No. 22-56501-pmb |
| DAVID A. WENDER, in his capacity as Chapter 11 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIP MILES, JAMILA DADABHOY, MEC CAPITAL, INC., MITTERE, INC., MMI EDUCATIONAL TECHNOLOGIES, LLC, NORTHWINDS LEASING, INC., and PHYSICIAN FINANCIAL PARTNERS, LLC,<br><br>    Defendants. | A.P. No. 23-5162-pmb |

## JOINT STIPULATION PURSUANT TO LOCAL RULE 9006-1

**NOW COME** David A. Wender, in his capacity as Chapter 11 Trustee ("**Plaintiff**"), and Phillip Miles, Jamila Dadabhoy, MEC Capital, Inc., Mittere, Inc., MMI Educational Technologies, LLC, Northwinds Leasing, Inc., and Physician Financial Partners, LLC ("**Defendants**"), and file this *Joint Stipulation Pursuant to Local Rule 9006-1*. On February 9, 2024 Plaintiff filed three motions in the above-styled adversary proceeding, 1) PLAINTIFF'S MOTION TO DISMISS COUNTERLAIMS AND STRIKE AFFIRMATIVE DEFENSES OF DEFENDANT JAMILA DADABHOY, 2) PLAINTIFF'S MOTION TO DISMISS COUNTERLAIMS AND STRIKE AFFIRMATIVE DEFENSES OF DEFENDANT PHYSICIAN FINANCIAL, PARTNERS, LLC and 3) PLAINTIFF'S MOTION TO DISMISS COUNTERLAIMS AND STRIKE

Page 1

AFFIRMATIVE DEFENSES OF DEFENDANTS MEC CAPITAL, INC., MITTERE, INC., MMI EDUCATIONAL TECHNOLOGIES, LLC, AND NORTHWINDS LEASING, INC. The deadline for the Defendants to respond to the three motions is February 23, 2024. Plaintiff and Defendants agree that, pursuant to Local Rule 9006-1, the time within which the Defendants may respond to Plaintiff's three motions is hereby extended through and including March 15, 2024.

**STIPULATED AND AGREED** this 15th day of February, 2024.

Small Herrin, LLP
*Counsel for Jamila Dadabhoy and Physician Financial Partners, LLC*

By: /s/ Anna M. Humnicky
    Anna M. Humnicky
    Georgia Bar. No. 377850

100 Galleria Parkway
Suite 350
Atlanta, GA 30339
(770) 857-4770
ahumnicky@smallherrin.com

McBryan, LLC
*Counsel for Phillip Miles, MEC Capital, Inc., Mittere, Inc., MMI Educational Technologies, LLC, and Northwinds Leasing, Inc.*

By:   /s/ Louis G. McBryan      signed
w/express permission by Anna M. Humnicky
    Louis G. McBryan
    Georgia Bar. No. 480993

Building B-3, Suite 100
6849 Peachtree Dunwoody Road
Atlanta, GA 30328
(678) 733-9322
lmcbryan@mcbryanlaw.com

(SIGNATURES CONTINED ON NEXT PAGE)

Page 2

4882-1617-1685, v. 1

                EVERSHEDS SUTHERLAND (US) LLP
*Counsel for Plaintiff David A. Wender
in his capacity as Chapter 11 Trustee*

By:  \_\_/s/ Nathaniel DeLoatch\_\_\_\_  signed w/express permission by Anna M. Humnicky
      Valerie S. Sanders
      Georgia Bar No. 625819
      Nathaniel T. DeLoatch
      Georgia Bar No. 216330

999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309-3996
404.853.8000 (t)
404.853.8806 (f)
valeriesanders@eversheds-sutherland.com
nathanieldeloatch@eversheds-sutherland.com

4882-1617-1685, v. 1

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: CUREPOINT, LLC,<br><br>    Debtor. | CHAPTER 11<br><br>Case No. 22-56501-pmb |
| DAVID A. WENDER, in his capacity as Chapter 11 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIP MILES, JAMILA DADABHOY, MEC CAPITAL, INC., MITTERE, INC., MMI EDUCATIONAL TECHNOLOGIES, LLC, NORTHWINDS LEASING, INC., and PHYSICIAN FINANCIAL PARTNERS, LLC,<br><br>    Defendants. | A.P. No. 23-5162-pmb |

## **CERTIFICATE OF SERVICE**

    I, Anna M. Humnicky, certify that I am over the age of 18 and that on this date, I filed and served copies of the ***Joint Stipulation Pursuant to Local Rule 9006-1*** on the parties listed in Exhibit A, by using the Bankruptcy Court's Electronic Case Filing program which sends a notice of the above-listed document and an accompanying link to the document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

    This 15th day of February, 2024.

                                                        By:    /s/ Anna M. Humnicky
                                                                   Anna M. Humnicky
                                                                   Georgia Bar No. 377850

Small Herrin, LLP
100 Galleria Parkway, Suite 350
Atlanta, GA 30339
(770) 857-4770
ahumnicky@smallherrin.com

# EXHIBIT A

Via CM/ECF –

Nathaniel DeLoatch on behalf of Counter-Defendant David A. Wender, in his capacity as Chapter 11 Trustee
nathanieldeloatch@eversheds-sutherland.us

Louis G. McBryan on behalf of Counter-Claimant MEC Capital, Inc.
lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com

Louis G. McBryan on behalf of Counter-Claimant MMI Educational Technologies, LLC
lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com

Louis G. McBryan on behalf of Counter-Claimant Mittere Inc.
lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com

Louis G. McBryan on behalf of Counter-Claimant Northwinds Leasing, Inc.
lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com

Louis G. McBryan on behalf of Counter-Claimant Phillip Miles
lmcbryan@mcbryanlaw.com, alepage@mcbryanlaw.com

David Wender on behalf of Plaintiff David A. Wender, in his capacity as Chapter 11 Trustee
davidwender@eversheds-sutherland.com

4882-1617-1685, v. 1