

**IT IS ORDERED as set forth below:**

**Date: April 15, 2024**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| | |
| CUREPOINT, LLC, | CASE NO. 22-56501-pmb |
| | |
| Debtor. | CHAPTER 11 |
| | |
| DAVID A. WENDER, in his capacity as CHAPTER 11 TRUSTEE, | |
| | |
| Plaintiff, | |
| | |
| v. | A.P NO. 23-5162-pmb |
| | |
| PHILLIP MILES, JAMILA DADABHOY, MEC CAPITAL, INC., MIETTERE, INC., MMI EDUCATIONAL TECHNOLOGIES, LLC, NORTHWINDS LEASING, INC., and PHYSICIAN FINANCIAL PARTNERS, LLC | |
| | |
| Defendants. | |

## <u>ORDER GRANTING MOTION TO FILE FIRST AMENDED AND RESTATED COMPLAINT, SUBSTITUTING LIQUIDATING TRUSTEE AS PLAINTFF AND EXTENDING TIME TO RESPOND</u>

Before the Court, the *Motion to File First Amended and Restated Complaint* (D.I. 50) (the "**Motion**"), filed by David A. Wender, the Chapter 11 Trustee and the Liquidating Trustee of the Curepoint Liquidation Trust, on April 12, 2024, requesting (i) leave to file Plaintiff's First Amended Complaint; (ii) substitution of the Liquidating Trustee as the Plaintiff, and (iii) an additional thirty (30) days in which to respond to the Amended Counterclaims filed at D.I. 47 and 48.  Upon review of the Motion and for good cause shown, the Motion is hereby **GRANTED**.

It is hereby **ORDERED** that:

(i)     the Plaintiff may file the proposed amended complaint, which appears as Exhibit B to the Motion within seven (7) days of the entry of this Order;

(ii)    David A. Wender as the Liquidating Trustee is substituted as the Plaintiff and real-party-interest in this Adversary Proceeding;

(iii)   the style of this case be amended to reflect the substitution of the Liquidating Trustee as Plaintiff; and

(iv)    the deadline by which the Plaintiff is required to respond to Defendants' amended counterclaims shall be extended thirty (30) days.

**END OF DOCUMENT**

Order Submitted by:

<u>/s/ *David A. Wender*</u>
David A. Wender  (748117)
Valerie S. Sanders (625819)
Nathaniel T. DeLoatch (216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309-3996
404.853.8000 (t)
404.853.8806 (f)
davidwender@eversheds-sutherland.com
valeriesanders@eversheds-sutherland.com
nathanieldeloatch@eversheds-sutherland.com
*Counsel for David A. Wender,*
*in his capacity as Chapter 11 Trustee and*
*the Liquidating Trustee of the Curepoint*
*Liquidation Trust*

**Distribution List**

Anna M. Humnicky, Esq.
Q. Andy T. Nguyen, Esq.
Small Herrin, LLP
100 Galleria Parkway
Suite 350
Atlanta, GA 30339

Louis G. McBryan, Esq.
Building B-3, Suite 100
6849 Peachtree Dunwoody Road
Atlanta, GA 30328

Valerie S. Sanders, Esq.
Nathaniel T. DeLoatch, Esq.
Eversheds Sutherland (US) LLP
Suite 2300
999 Peachtree St. NE
Atlanta, GA 30309-3996

David A. Wender, in his capacity as Chapter 11 Trustee for Curepoint, LLC
Eversheds Sutherland (US) LLP
Suite 2300
999 Peachtree St. NE
Atlanta, GA 30309-3996

Jamila Dadabhoy
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

Physician Financial Partners, LLC
300 Hayward Lane
Alpharetta, GA 30022

Phillip Miles
300 Hayward Lane
Alpharetta, GA 30022

MEC Capital, Inc.
300 Hayward Lane
Alpharetta, GA 30022

MMI Educational Technologies, LLC
300 Hayward Lane
Alpharetta, GA 30022

Mittere Inc.
300 Hayward Lane
Alpharetta, GA 30022

Northwinds Leasing, Inc.
300 Hayward Lane
Alpharetta, GA 30022

Curepoint, LLC
11175 Cicero Drive
Suite 100
Alpharetta, GA 30022

William A. Rountree, Esq.
Will B. Geer, Esq.
Caitlyn Powers, Esq.
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

Lindsay P. S. Kolba, Esq.
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303