

**IT IS ORDERED as set forth below:**

**Date: July 1, 2024**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>CUREPOINT, LLC,<br><br>    Debtor. | CASE NO. 22-56501-pmb<br><br>CHAPTER 11 |
| DAVID A. WENDER, in his capacity as CHAPTER 11 TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIP MILES, JAMILA DADABHOY, MEC CAPITAL, INC., MITTERE, INC., MMI EDUCATIONAL TECHNOLOGIES, LLC, NORTHWINDS LEASING, INC., and PHYSICIAN FINANCIAL PARTNERS, LLC,<br><br>    Defendants. | A.P NO. 23-5162-pmb |
| PHILLIP MILES, JAMILA DADABHOY, MEC CAPITAL, INC., MITTERE, INC., MMI EDUCATIONAL TECHNOLOGIES, LLC, NORTHWINDS LEASING, INC., and PHYSICIAN FINANCIAL PARTNERS, LLC,<br><br>    Counter-Plaintiffs,<br><br>v.<br><br>DAVID A. WENDER, in his capacity as CHAPTER 11 TRUSTEE,<br><br>    Counter-Defendant. | |

## SECOND AMENDED SCHEDULING ORDER

Upon review of the information contained in the Rule 26(f) Report (the "**Report**") completed and filed by the Parties, as defined in the Report, on March 8, 2024 [Doc. No. 19], and incorporated herein, and it appearing that the Parties have agreed to the entry of this Order, it is

**ORDERED** that the time limits and provisions stated in the Report are **APPROVED,** *except that the following deadlines shall be extended as stated herein:*

1) *Reports from retained experts under FED. R. CIV. P. 26(a)(2) are due from any plaintiffs (regarding claims or counterclaims) <u>on or before October 7, 2024</u>, and from any defendants (regarding claims or counterclaims) 45 days after any plaintiffs disclose their expert(s);*

2) *All discovery will be commenced in time to be completed <u>on or before December 30, 2024.</u>*

**[END OF DOCUMENT]**

**Prepared and Presented by:**

**EVERSHEDS SUTHERLAND (US) LLP**
*Counsel for Plaintiff David A. Wender*
*in his capacity as Chapter 11 Trustee*

By: ___/s/ Nathaniel T. DeLoatch_____
*Signed w/express permission by Anna M. Humnicky*
    Valerie S. Sanders
    Georgia Bar No. 625819
    Nathaniel T. DeLoatch
    Georgia Bar No. 216330

999 Peachtree Street, NE
Suite 2300
Atlanta, Georgia 30309-3996
404.853.8000 (t) ; 404.853.8806 (f)
valeriesanders@eversheds-sutherland.com
nathanieldeloatch@eversheds-sutherland.com

**Small Herrin, LLP**
*Counsel for Defendants Jamila Dadabhoy*
*and Physician Financial Partners, LLC*

By: __/s/ Anna M. Humnicky_____
    Anna M. Humnicky
    Georgia Bar. No. 377850

100 Galleria Parkway
Suite 350
Atlanta, GA 30339
(770) 857-4770
ahumnicky@smallherrin.com

**McBryan, LLC**
*Counsel for Phillip Miles, MEC Capital, Inc., Mittere, Inc., MMI Educational Technologies, LLC, and Northwinds Leasing, Inc.*

By: _/s/ Louis G. McBryan_____
*Signed w/express permission by Anna M. Humnicky*
    Louis G. McBryan
    Georgia Bar. No. 480993

Building B-3, Suite 100
6849 Peachtree Dunwoody Road
Atlanta, GA 30328
(678) 733-9322
lmcbryan@mcbryanlaw.com

## DISTRIBUTION LIST

Valerie S. Sanders, Esq.
Nathaniel T. DeLoatch, Esq.
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE
Suite 2300
Atlanta, Georgia 30309-3996

Anna M. Humnicky, Esq.
Q. Andy T. Nguyen, Esq.
Small Herrin, LLP
100 Galleria Parkway
Suite 350
Atlanta, GA 30339

Louis G. McBryan, Esq.
Building B-3
Suite 100
6849 Peachtree Dunwoody Road
Atlanta, GA 30328